ORIGINAL

E-FILED
Tuesday, 17 December, 2013 02:04:43 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 17 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT PEORIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 13-10120 |
| | ) | |
| JOSEPH W. JACKSON, | ) | VIO: 21 U.S.C. §§846, 841(a)(1), |
| KAMI J. JACKSON, | ) | 841(b)(1)(A) |
| ERNEST J. JAMERSON, and | ) | |
| PAUL F. RAMAGE, | ) | |
| | ) | |
| Defendants. | ) | |

# INDICTMENT

The Grand Jury charges:

**(Conspiracy)**

1. Beginning in or about January 2010, and continuing to June 13, 2013, in Knox County, within the Central District of Illinois, and elsewhere,

**JOSEPH W. JACKSON,**
**KAMI J. JACKSON,**
**ERNEST J. JAMERSON, and**
**PAUL F. RAMAGE,**

the defendants herein, did knowingly conspire, confederate, and agree with persons whose names are known and with persons whose names are unknown to the Grand Jury, to commit certain acts in violation of the laws of the United States, to wit: to knowingly manufacture and distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(A).

2. This conspiracy involved more than five hundred (500) grams of a mixture and substance containing a detectable amount of methamphetamine.

**Overt Acts**

3. In furtherance of the conspiracy and to accomplish its objectives of manufacturing and distributing methamphetamine, the defendants and both persons known and persons unknown to the grand jury did commit overt acts, including but not limited to the following:

A. During the period of the conspiracy, various persons obtained the ingredients and equipment necessary to manufacture methamphetamine;

B. During the period of the conspiracy, various persons provided a location for the manufacture of methamphetamine;

C. During the period of the conspiracy, various persons manufactured and assisted in the manufacture of methamphetamine;

D. During the period of the conspiracy, various persons possessed methamphetamine; and

E. During the period of the conspiracy, various persons distributed methamphetamine.

All in violation of Title 21, United States Code §§846 and 841(b)(1)(A).

A True Bill,

s/Foreperson

Foreperson

s/K. Tate Chambers

for JAMES A. LEWIS
UNITED STATES ATTORNEY
KTC/jms